UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL GRANT GIBBONS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No. 2:13-cv-00310-VEB<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the Decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge ("ALJ") will provide Plaintiff with an opportunity to submit additional evidence; the ALJ shall reconsider Plaintiff's residual functional capacity, and in so doing, further evaluate the medical opinion evidence in the record, including the opinion of non-

examining medical expert Sterling Moore, M.D. (Tr. 45-49); the ALJ will obtain supplemental vocational expert testimony to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform; before relying on the vocational expert evidence, the ALJ will identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the *Dictionary of Occupational Titles* (Social Security Ruling 00-4p); the ALJ will give Plaintiff an opportunity for a hearing; and the ALJ will issue a new decision.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 7th day of May, 2014.

/s/Victor E. Bianchini
HONORABLE VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE