UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL GRANT GIBBONS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No.  2:13-cv-00310-VEB<br><br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on May 7, 2014.

DATED this 7th day of May, 2014.

/s/Victor E. Bianchini
HONORABLE VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

Page 1        JUDGMENT - [2:13-cv-00310-VEB]